# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1130

_____

United States of America

*Plaintiff - Appellee*

v.

Erick Dewray Russell, also
known as Kenyatta Dewray Khalid

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: December 10, 2012
Filed: December 21, 2012
[Unpublished]

_____

Before WOLLMAN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Erick Dewray Russell violated the terms of his supervised release. The district court[1] revoked his release and sentenced him to twelve months and one day in prison. Russell appeals, arguing that the sentence is unreasonable because it is greater than necessary to accomplish the goals of sentencing and does not reflect the mitigating facts he presented. We conclude that the district court did not abuse its discretion in imposing the sentence. See United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (standard of review). Our review of the record satisfies us that the district court gave due consideration to Russell's arguments for mitigation and that Russell otherwise has not overcome the presumption of reasonableness we accord to sentences within the advisory Guidelines range. See id. (revocation sentence within the Guidelines range is accorded presumption of substantive reasonableness on appeal). The sentence is affirmed.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.